James Lester ROUDABUSH,
Jr., Plaintiff–Appellant,

v.

Theodore C. NELSON, SA, U.S. Department of State; Jason Callahan, Detective, Prince William County Police Department; Stephan Hudson, Chief, Prince William Police Department; Rebecca Thatcher, Assistant Commonwealth Attorney; John/Jane Doe, Prince William County Police Department, Evidence Sect. Director; Chris Feldman, Defendants–Appellees.

No. 14–7655.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 6, 2015.

Decided: Jan. 16, 2015.

James Lester Roudabush, Jr., Appellant Pro Se.

Before DUNCAN and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Lester Roudabush, Jr., seeks to appeal the district court's October 3, 2014 order denying his motions to recuse and relative to his inmate trust account, dismissing three defendants, denying his motion to expedite, and requesting that the remaining defendants return waivers of service. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–47, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Roudabush seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*